UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAS VEGAS SANDS CORP., Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDCASH.COM, an unknown entity,<br><br>Defendant. | Case No. 2:12-cv-00729-MMD-RJJ<br><br>TEMPORARY RESTRAINING ORDER AND ORDER FOR LEAVE TO SERVE BY EMAIL AND FOR SETTING OF HEARING ON PRELIMINARY INJUNCTION |

UPON CONSIDERATION of Plaintiff's Emergency Motion for *Ex Parte* Temporary Restraining Order Without Notice, Motion for a Preliminary Injunction And Leave to Serve Defendants By Email, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

1. Plaintiff is likely to succeed on the merits of its claims for cybersquatting and trademark infringement;

2. Plaintiff will suffer irreparable injury if the Court does not require Directi Internet Solutions Pvt Ltd. d/b/a PublicDomainRegistrty.com and/or VeriSign, Inc. to place the infringing <SandCash.com> domain name on hold and lock and deposit them with the Court pending litigation of this matter;

3. The balance of hardships tips in Plaintiff's favor because the issuance of the temporary restraining order would merely place the infringing <SandCash.com> domain name on hold and lock pending trial and the failure to issue a temporary restraining order would cause Plaintiff to suffer irreparable injury and incur additional expense if the domain name is transferred to other registrants or registrars during the pendency of this action, requiring Plaintiff to file additional lawsuit(s) in other jurisdictions; and

4. The issuance of a temporary restraining order is in the public interest because it would protect consumers against deception and confusion arising from Defendant's use of the <SandCash.com> domain name by persons other than Plaintiff.

THEREFORE, IT IS HEREBY ORDERED THAT, pending a full trial on the merits:

A. Directi Internet Solutions Pvt Ltd. d/b/a PublicDomainRegistry.com (the domain name registrar) and/or VeriSign, Inc. (the .com domain name registry) shall immediately remove or disable the current domain name server information to the registration for the <SandCash.com> domain name, place the domain name on hold and lock, and deposit it into the registry of the Court;

B. Defendant, all of his/her/its respective partners, officers, agents, servants, employees, and all other persons acting in concert or participation with Defendant, are hereby temporarily restrained and enjoined from registering or trafficking in any domain name containing the SANDS Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

C. Plaintiff shall post a bond of $100, based on the evidence establishing that Defendant will only suffer minimal damage, if any, by the issuance of this temporary restraining order. This requirement may be satisfied by tendering $100 cash to the Clerk of the Court pursuant to Local Rule 67-1; and

IT IS HEREBY FURTHER ORDERED THAT:

A. Given that Defendant must maintain accurate contact information with the domain name registrar, Plaintiff shall serve the Summons, Complaint, Plaintiff's

Emergency Motion for *Ex Parte* Temporary Restraining Order Without Notice, Motion For A Preliminary Injunction And Leave To Serve Defendants By Email, this Order, and all other papers and pleadings in this case upon Defendant by email transmission. If Plaintiff is able to determine the identity of Defendant, then Plaintiff shall effect service as required by Rules 4 and 5 of the Federal Rules of Civil Procedure.

      C.     The parties shall appear for hearing and oral argument on Plaintiff's motion for a preliminary injunction on May 16, 2012, at 10:00 a.m. at the Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard So., Las Vegas, NV 89101.

      D.     Defendant shall file and serve its opposition to Plaintiff's motion for preliminary injunction, if any, no later than May 11, 2012, at 4:00 p.m. Plaintiff shall file and serve its reply brief no later than May 14, 2012. Defendant may request an extension of this briefing schedule.

ENTERED THIS 3rd day of May 2012.

_____
UNITED STATES DISTRICT JUDGE